

# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | FALK, Scott B. |
| DATE OF BIRTH: | 02/04/1984 |
| CHARGE: | Probation Violation o/c Theft of US Mail |
| CASE NUMBER: | A05-0080-CR |
| PLACE HELD: | Wildwood Pre-Trial Kenai, AK |
| DATE OF ARREST: | 05/26/2006 |
| TIME OF ARREST: | 08:34 |
| PLACE ARRESTED: | Wildwood Pre-Trial |
| ARRESTED BY: | USMS |

REMARKS: We will notify when subject is in Anchorage

BOOKED IN ENGLISH: YES _____ NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.