```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  SCOTT D. FALK            CASE NO. 3:05-cr-00080-JWS
Defendant: X Present X In Custody

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       ROBIN M. CARTER

UNITED STATES' ATTORNEY:     RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:        SUE ELLEN TATTER - APPOINTED

U.S.P.O.:                    ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
             HELD 6/5/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:31 p.m. court convened.

X Copy of petition given to defendant; read.

X Defendant sworn.

X Financial Affidavit **FILED.**
   X Federal Public Defender accepted appointment; FPD notified.

X Denials entered to allegations 1-5 of the petition.

X Detention uncontested.  Order of Detention Pending Trial **FILED**.

X OTHER: Matter referred to U.S. District Judge for evidentiary hearing.  Defense counsel unavailable **June 9-24, 2006**.

At 2:39 p.m. court adjourned.

DATE: June 5, 2006            DEPUTY CLERK'S INITIALS:    Rc