UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTT B. FALK,<br><br>　　　　Defendant. | NO. 3:05-cr-0080-JWS<br><br>**PROPOSED RELEASE ORDER** |

On July 5, 2006, SCOTT FALK is hereby ordered RELEASED to the custody of United States Probation and Pretrial Services for transport to the Salvation Army Clitheroe Center program.

DATED this _____ day of _____ 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE