UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTT B. FALK,<br><br>　　　　Defendant. | NO. 3:05-cr-0080-JWS<br><br>**RELEASE ORDER** |

On July 5, 2006, SCOTT FALK is hereby ordered RELEASED to the custody of United States Probation and Pretrial Services for transport to the Salvation Army Clitheroe Center program.

DATED this 30th day of June, 2006

**REDACTED SIGNATURE**

JOHN W. SEDWICK
U.S. DISTRICT JUDGE