# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
JUN 1 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case Number: A05-0080-CR (JWS) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Scott Falk ) | |

TO:  The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Scott Falk and bring him forthwith to the nearest Magistrate Judge to answer a probation violation petition charging him with five violations of his term of probation.

_redacted signature_

John W. Sedwick
Chief U.S. District Court Judge

4-19-06
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: Wildwood PTF.

| Date Received: | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 5/26/06 | John O's- USM | |