NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No.  3:05-cr-0080-JWS |
| ) | |
| Plaintiff,   ) | **UNOPPOSED MOTION TO** |
| ) | **DISMISS PETITION TO** |
| vs.   ) | **REVOKE PROBATION** |
| ) | |
| SCOTT B. FALK,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

The United States of America, through undersigned counsel, respectfully files an Unopposed Motion to Dismiss the Petition to Revoke Probation filed April 19, 2006, at Docket 20.  On June 30, 2006, the defendant Scott B. Falk was released to the custody of the United States Probation and Pretrial Services for transport to the

Salvation Army Clitheroe Center program. Mr. Falk completed in-patient treatment with Clitheroe and is currently participating in out-patient treatment. As there is no need at present to revoke the defendant's probation, the United States requests that the original Petition to Revoke filed at Docket 20 be dismissed. The defendant does not oppose this motion.

RESPECTFULLY SUBMITTED this 6th day of November, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Retta-Rae Randall
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and
correct copy of the foregoing was served
electronically on Sue Ellen Tatter,
and was placed at the front desk of the
USAO for Charlene Wortman
U.S. Probation Officer.

s/ Retta-Rae Randall
Office of the U.S. Attorney