IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00080-JWS |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | **GRANTING UNOPPOSED** |
| v. | ) | **MOTION TO DISMISS** |
| | ) | **PETITION TO REVOKE** |
| SCOTT B. FALK, | ) | **PROBATION** |
| | ) | |
| Defendant. | ) | |

The government's Unopposed Motion to Dismiss the Petition to Revoke Probation filed April 19, 2006, at Docket 20 is hereby GRANTED.

IT IS SO ORDERED.


Dated: _____          _____
                                    United States District Court Judge