**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *SCOTT D. FALK*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:05-cr-00080-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**              Date:  November 7, 2006

The motion at docket 34 to dismiss petition to revoke probation is **GRANTED**.