PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED
SEP 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: | Scott B. Falk                    Case Number: 3:05-cr-0080-JWS |
| Sentencing Judicial Officer: | John W. Sedwick, Chief U.S. District Court Judge |
| Date of Original Sentence: | January 26, 2007 |
| Original Offense: | Theft of United States Mail in violation of 18 U.S.C. § 1708 and 18 U.S.C. § 2, Class D felony |
| Original Sentence: | Five (5) years probation |

Date Supervision Commenced: December 2, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall participate in the home confinement program for a 90 day period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The defendant will be permitted to leave the home for employment, medical appointments, religious services, substance abuse testing appointments, substance abuse treatment appointments, or as otherwise approved by the U.S. Probation Officer. The defendant is to pay for all costs involved in the program unless otherwise deemed unable to do so by the U.S. Probation Officer."

### CAUSE

On June 4, 2008, this officer received information from the Kenai Police Department that the defendant was observed the evening of June 3, 2008, at a known "drug residence" where the individuals who reside at the residence have a history of drug use and sales.

On June 26, 2008, the defendant was instructed by this officer to report to the Kenai Probation Office for the State of Alaska the next morning and submit a urine sample.

Request for Modification of Conditions or Term
Name of Offender        :       Scott B. Falk
Case Number             :       3:05-cr-0080-JWS

On June 27, 2008, the defendant contacted this officer via telephone prior to reporting to the Kenai Probation Office, and the defendant reported he wanted to inform that the urine sample will be positive for marijuana. The defendant reported that he smoked marijuana, "a big joint," with a couple friends five (5) days ago. The defendant was instructed to report to the Kenai Probation Office to submit a sample. This officer received a phone call from a probation officer with the Kenai Probation Office who reported to this officer that the defendant's sample tested positive for marijuana, and the defendant filled out and signed a Voluntary Admission of Substance Abuse form which was faxed to this officer. The form indicated that the defendant admitted to the use of marijuana with the comment, "I smoked 5 days ago about a joint."

On July 22, 2008, this officer spoke with Officer Aaron Turnage with the Kenai Police Department regarding the defendant. Officer Turnage reported that they got a call regarding a female selling methamphetamine, and they contacted the female who admitted that she was down from Anchorage and selling methamphetamine. Officer Turnage reported that they conducted a search of the female and found 1/8oz of methamphetamine. The female had reported to the officer that she was staying at a local hotel with her sister and gave the room number.

According to Officer Turnage, they went to the hotel room and contacted a female and observed the defendant and a second female in the room. The defendant was observed upon laying on the bed, sitting up and putting his back to them and appeared to be doing something and then turned back toward them. Officer Turnage reported that they asked the defendant if he was on probation and he reported that he was not. The defendant and a female were permitted to leave the room. The second female was arrested.

Officer Turnage reported that after a search of the hotel room, they found a pink "dime bag" with trace contents which field tested positive for methamphetamine, glass methamphetamine pipe, 30-50 new "dime bags", a digital scale, loose "dime bags", dollar bill "tooter", and a small journal containing numbers, dollar amounts, and other information consistent with drug distribution and sales.

Officer Turnage reported that the has been associated with a residence in Kenai which is a known drug house where methamphetamine and heroin was seized by the Kenai Police approximately two weeks ago. According to a Kenai Police Officer, during the search of the residence, the cell phone belonging to a resident of that home rang indicating a text message from the defendant's cell phone. The officer reported that the message warned the individual not to go home because the cops were at the house.

On July 23, 2008, this officer along with others, contacted the defendant in order to conduct a search of his personal vehicle and residence. While transporting the defendant to his vehicle, this officer asked the defendant about the incident at the hotel, and he reported that he went to his friend's funeral and then was at the hotel. This officer asked the defendant if he had been using methamphetamine which he denied at first but then admitted to the recent use of methamphetamine and marijuana. This officer informed the defendant that he was in a bad situation at the hotel and that he is hanging out with people dealing methamphetamine which he first denied knowing they were dealing but then admitted to knowing about the dealing after this officer informed him that this officer could not believe that he did not know after the police found baggies and a scale in the room. The defendant reported that he has been messed up lately and does not understand why. This officer asked the

*Request for Modification of Conditions or Term*
*Name of Offender        :        Scott B. Falk*
*Case Number             :        3:05-cr-0080-JWS*

defendant why he informed the police that he was not on probation anymore when asked by the police, and he reported that he told them he was not on state probation anymore. This officer asked the defendant why he did not inform them that he was on federal probation and the defendant reported that he did not inform them because he did not want to get into trouble.

A search was conducted of the defendant's personal vehicle and no contraband was found.

After the search of the vehicle, we proceeded to the defendant's reported residence where a search was conducted of the defendant's bedroom, bathroom, and areas of the residence. In the defendant's bedroom two glass pipes with burn marks were found in a brown backpack. Inside the backpack were what appeared to be dirty and clean socks. Also found in the defendant's bedroom was a metal pipe with residue which was found in a box with other belongings. All items were seized. A search of the defendant's cell phone was conducted as to individual's names and numbers, which a Kenai Police Officer knew many of the names to be related to drug sales and/or use.

At the defendant's residence, this officer asked him to submit a urine sample and the defendant reported that he could not at the time. This officer filled out an Admission Of Drug Use Form indicating that the defendant had used and possessed the following drugs as reported by the defendant: 1) marijuana (smoked) last used on Monday, July 21, 2008; and 2) methamphetamine (smoked) last used on Monday, July 21, 2008. The defendant signed and dated the form and this officer signed as a witness.

Respectfully submitted,

REDACTED

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: August 18, 2008

*Request for Modification of Conditions or Term*
*Name of Offender       :       Scott B. Falk*
*Case Number            :       3:05-cr-0080-JWS*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

Date:  9-2-08

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Scott B. Falk**               Case Number: 3:05-cr-0080-JWS

    I, _Scott B. Falk_ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall participate in the home confinement program for a 90 day period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The defendant will be permitted to leave the home for employment, medical appointments, religious services, substance abuse testing appointments, substance abuse treatment appointments, or as otherwise approved by the U.S. Probation Officer. The defendant is to pay for all costs involved in the program unless otherwise deemed unable to do so by the U.S. Probation Officer."

Signed: _Scott Falk_           Date: 9/2/08
Scott B. Falk
Probationer or Supervised Releasee

Witn: **REDACTED SIGNATURE**           Date: 9/2/08
Chris Liedike
U.S. Probation/Pretrial Services Officer