NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  3:05-cr-0080-JWS |
| | ) |
| Plaintiff, | ) **MOTION TO QUASH** |
| | ) **WARRANT** |
| vs. | ) |
| | ) *Filed on Shortened Time* |
| SCOTT B. FALK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The United States of America, through undersigned counsel, respectfully files this Motion to Quash Warrant.  A Petition for Warrant was filed, and an order was issued on July 25, 2008, at Docket 39.  The defendant was arrested on

September 2, 2008, by the Kenai Police Department and is currently in custody in Kenai, Alaska.

The United States respectfully requests that the warrant ordered at Docket 39 be quashed. The underlying matter has been resolved pursuant to the Petition to Modify Conditions of Release filed at docket 40.

RESPECTFULLY SUBMITTED this 3rd day of September, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Thomas Bradley for
RETTA-RAE RANDALL
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and
correct copy of the foregoing was served
electronically on Sue Ellen Tatter,
and was placed at the front desk of the
USAO for Chris Liedike
U.S. Probation Officer.

s/ Thomas Bradley
Office of the U.S. Attorney