IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00080-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | **QUASHING WARRANT** |
| v. | ) | |
| | ) | |
| SCOTT B. FALK, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the government's Motion to Quash Warrant it is hereby ordered that the warrant is quashed.

IT IS SO ORDERED.

Dated: September 3, 2008     /s/John W. Sedwick
United States District Court Judge