# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

v.

Scott B. Falk

**WARRANT FOR ARREST**

USMS-D/ALASKA-WARRANTS
Case Number: 3:05-cr-00080-JWS
FID# 1178819
WARRANT # 0806-0728-A22-D
Entered NCIC _____
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Scott B. Falk _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release   ☒ Probation   ☐ Supervised Release   ☐ Violation Notice
  Violation Petition   Violation Petition   Violation

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

_____ John W. Sedwick _____                **REDACTED SIGNATURE**
Name of Issuing Officer                      Signature of Issuing Officer

Chief U.S. District Court Judge              7-25-08            Anchorage
Title of Issuing Officer                     Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

KENAI, AK

| DATE RECEIVED 7/28/2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/2/2008 | U.S. Marshals D/AK Randy M. Johnson | for R. Smyth |

U.S. MARSHALS SERVICE ALASKA
2008 JUL 28 PM 12:11

RECEIVED SEP 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.