IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00080-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | **DISMISSING PETITION** |
| v. | ) | |
| | ) | |
| SCOTT B. FALK, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the government's Motion to Dismiss Petition, it is hereby ordered that the petition filed at docket 39 is hereby dismissed without prejudice, and the defendant shall be released from custody immediately.

IT IS SO ORDERED.

Dated: September 3, 2008             /s/ John W. Sedwick
                                     United States District Court Judge