

**RECEIVED**
SEP - 3 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　)　CASE NO. 3:05-cr-00080-JWS
v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)　**RELEASE ORDER**
SCOTT B. FALK,　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　 )
_____)

TO:　UNITED STATES MARSHAL

　　　　Defendant, Scott B. Falk, has this date met the bail conditions indicated below and is ordered discharged from custody.

___　　　　Released to , the third party custodian;

___　　　　Paid cash bail in the amount of  to the Clerk of Court;

___　　　　Posted unsecured bond in the amount of ;

___　　　　Posted bond secured by property or surety in the amount of  with the Clerk of Court;

___　　　　Surrendered passport to the Clerk of Court;

_X_　　　　Other - by order of the court dismissing the petition.

　　　　Dated at Anchorage, Alaska, this 3rd day of September, 2009.

　　　　　　　　　　　　　　　　　　　IDA ROMACK, Clerk of Court

　　　　　　　　　　　　　BY:　.　**REDACTED SIGNATURE**
　　　　　　　　　　　　　　　　　　　Deputy Clerk

RELEASE ORDER
[]{RELEASE.WPD*Rev.2/97}